FILED

07/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0482

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0482

_____

JENNIFER LEIGH MURRAY,

     Plaintiff and Appellant,

  v.                                    O R D E R

JOHN MICHAEL CONNORS,

     Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 17 2024